STATE OF HAWAII *v.* JAMES KEAWEHALU WONG.

No. 4461.

August 21, 1967.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*T. Irving Chang,* Deputy Prosecuting Attorney, City and County of Honolulu *(John H. Peters,* Prosecuting Attorney, with him on the brief) for the petition.